UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NHELTA KAYREN

        Plaintiff,

V.                                  CIVIL ACTION NO
                                      8:12-cv-02103-DKC

THE CBE GROUP, INC.

Defendant.                           AUGUST 7, 2012

**NOTICE OF SETTLEMENT**

Plaintiff though the undersigned and the Defendant through their counsel have

reached an agreement to settle the above captioned case.

Plaintiff asks the Court to keep jurisdiction of the matter for thirty (30) days so the

parties can consummate the settlement agreement.

                         THE PLAINTIFF

                         BY/S/Michael W. Kennedy
                         Michael W. Kennedy, Esquire
                         The Kennedy Law Firm
                         1204 Main Street, Suite 176
                         Branford, CT 06405
                         203-4814040
                         Fax: 443-440-6372
                         Email: mwk550@yahoo.com

<u>*CERTIFICATION*</u>

I hereby certify that on 8/7/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY<u>/S/Michael W. Kennedy</u>